**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID PICCIRILLI individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation, and DOES 1 through 200, inclusive,<br><br>                    Defendants. | Case No. **O7 CV 1370 JAH**<br><br>**ORDER REMANDING CASE TO STATE COURT** |

For the reasons set forth in the parties' Joint Motion filed on February 5, 2009,

IT IS HEREBY ORDERED:

        1.      This action is remanded forthwith to the California Superior Court in and for the County of San Diego.

        2.      The remand of this action is without prejudice to Hertz being permitted to remove this action based upon subsequent developments (e.g., the addition of a federal claim by Plaintiff; the Supreme Court granting certiorari and reversing or modifying the district court's remand in the *Friend* action; or there is a development in applicable law that renders the action removable).

Dated:        February 6, 2009

_____
United States District Judge

-1-

**[PROPOSED] ORDER OF REMAND**

590362.1